Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

JS-6

Attorneys for Plaintiff
Josefina   Ortega

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSEFINA ORTEGA, | ) Case No.: CV 12-3419-DTB |
| Plaintiff, | ) {~~PROPOSED~~} ORDER ON STIPULATION |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant | ) |

IT IS SO ORDERED on the stipulation of the parties that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:     November 13, 2012

_____
THE HONORABLE DAVID T. BRISTOW
UNITED STATES

-1-