1  Brian C. Shapiro
   Attorney at Law: 192789                        JS-6
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Josefina   Ortega

7

8
                **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
                    **WESTERN DIVISION**
10

11
   JOSEFINA ORTEGA,                )  Case No.: CV 12-3419-DTB
12                                  )
            Plaintiff,              )  {~~PROPOSED~~} ORDER ON
13                                  )  STIPULATION
          vs.                       )
14                                  )
   MICHAEL J. ASTRUE,               )
15 Commissioner of Social Security, )
                                    )
16         Defendant                )
                                    )
17 _____   )

18      IT IS SO ORDERED on the stipulation of the parties that the above

19 captioned matter is dismissed with prejudice, each party to bear its own fees, costs,

20 and expenses.

21      IT IS SO ORDERED.

22

23 DATE:      November 13, 2012

24                             _____
                               THE HONORABLE DAVID T. BRISTOW
25                             UNITED STATES

26

                                    -1-